**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**VICTOR E. CLARK, JR.**                                                                    **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 2:16-CV-121-KS-MTP**

**SONG HEALTH & REHAB OF COLUMBIA, LLC,
COVENANT DOVE, LLC, and COVENANT DOVE
HOLDING COMPANY, LLC**                                          **DEFENDANTS**

## **ORDER**

On June 19, 2017, Defendants ("Movants") filed their Motion for Partial Summary Judgment [73]. Plaintiff ("Respondent") has until on or before **July 3, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttal, they may do so on or before **July 10, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondent require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___26th___ day of June, 2017.

                                                                            ____s/Keith Starrett_____
                                                                            KEITH STARRETT
                                                                            UNITED STATES DISTRICT JUDGE